UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

BARBARA A. NICHOLS,                          )
                                             )
                 Plaintiff,                  )
                                             )
        v.                                   )        Civil Action No. 03-1831 (PLF)
                                             )
CARL J. TRUSCOTT, Director,                  )
Bureau of Alcohol, Tobacco, Firearms         )
and Explosives, <u>et al.</u>,[1]           )
                                             )
                 Defendants.                 )
_____)

<u>ORDER AND JUDGMENT</u>

        For the reasons set forth in the Opinion issued this same day, it is hereby

        ORDERED that [21] Defendant's Motion to Dismiss or, in the Alternative, for

Summary Judgment, is GRANTED; it is

        FURTHER ORDERED that [19] Plaintiff's Motion for Permanent Injunctive

Relief is DENIED; it is

        FURTHER ORDERED that [26] Defendant's Motion to Stay the Filing of its

Response to Plaintiff's First Request for Production is DENIED as moot; it is

        FURTHER ORDERED that [47] Plaintiff's Motion Requesting an Emergency

Hearing Regarding her Request for Injunctive Relief is DENIED; it is

        FURTHER ORDERED that JUDGMENT is entered for defendants on Counts I,

IV, V and VI of plaintiff's second amended complaint; it is

_____

        [1]      ATF Director Carl J. Truscott has been substituted for Bradley A. Buckles as the
named defendant under Rule 25(d) of the Federal Rules of Civil Procedure.

FURTHER ORDERED that Counts II, III, VII, and VIII are DISMISSED; it is

FURTHER ORDERED that this case is DISMISSED from the docket of this Court; and it is

FURTHER ORDERED that this Order and Judgment shall constitute a FINAL JUDGMENT in this case.  This is a final appealable order.  <u>See</u> FED. R. APP. P. 4(a).

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 30, 2006